UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FERROLO "BERNIE" CAMPOS, | ) | Case No.: C 10-03824 PSG |
| Plaintiff, | ) ) | **CASE MANAGEMENT ORDER** |
| v. | ) ) | |
| SUNNYVALE SCHOOL DISTRICT, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On March 15, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in a settlement conference with U.S. Magistrate Judge Howard R. Lloyd. The parties shall contact his courtroom deputy, Patty

1 | Cromwell, at (408) 535-5365 to schedule the settlement conference.

2 | IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3 | Fact Discovery Cutoff ......................................... June 16, 2011

4 | Designation of Opening Experts with Reports ........................ June 30, 2011

5 | Designation of Rebuttal Experts with Reports ......................... July 14, 2011

6 | Expert Discovery Cutoff ....................................... July 28, 2011

7 | Deadline(s) for Filing Discovery Motions .................... *See* Civil Local Rule 37-3

8 | Last Day for Dispositive Motion Hearing[1] ............. 10:00 a.m. on September 6, 2011

9 | Final Pretrial Conference ............................ 2:00 p.m. on October 4, 2011

10 | Trial ..................................... 9:30 a.m. on October 19, 2011

11 | IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

12 | Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

13 | of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

14 | Pretrial Statement, and all other pretrial submissions.

15 | Dated: April 25, 2011

16 | _____
PAUL S. GREWAL
17 | United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28