1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12
13  FERROLO (BERNIE) CAMPOS,          )      Case No.: C-10-03824 PSG
                                      )
14                  Plaintiff,        )      **STANDBY ORDER TO SHOW**
        v.                            )      **CAUSE**
15                                    )
                                      )
16  SUNNYVALE SCHOOL DISTRICT,        )
                                      )
17                  Defendant.        )
    _____    )
18

19          The Court has been informed that the above-captioned action has settled.  Accordingly,

20  the Court vacates all pretrial and trial dates.  The parties shall file a stipulation of dismissal no

21  later than August 5, 2011.  If a stipulation of dismissal is not filed by that date, the parties shall

22  appear on August 23, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case

23  should not be dismissed.

24          Failure to comply with this Order may result in dismissal of the action pursuant to

25
26
27
28

1    Federal Rule of Civil Procedure 41(b).

2           IT IS SO ORDERED.

3

4    Dated:    July 28, 2011                          _____
                                                      PAUL S. GREWAL
5                                                     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28