1  MARK E. DAVIS -- BAR NO. 79936
   DAVIS & YOUNG, APLC
2  1960 The Alameda, Suite 210
   San Jose, CA 95126
3  Phone: 408.244.2166
   Fax:   408.244.7815
4
   Attorneys for Defendant and Cross-
5  Complainant SUNNYVALE SCHOOL
   DISTRICT
6

7

8                  UNITED STATES DISTRICT COURT

9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| FERROLO "BERNIE" CAMPOS, | No. CV-10-03824 |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SUNNYVALE SCHOOL DISTRICT, and DOES 1 through 50, Inclusive, | |
| Defendants. | |
| SUNNYVALE SCHOOL DISTRICT, | |
| Cross-Complainant, | |
| vs. | |
| FERROLO "BERNIE" CAMPOS, and ROES 1 to 10, inclusive, | |
| Cross-Defendants. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) all causes of action asserted on behalf of plaintiff Ferrolo "Bernie" Campos, as set forth in the complaint on file herein, shall be and are hereby dismissed with prejudice and that each party shall bear its own costs and attorney's fees herein.

63769

IT IS FURTHER STIPULATED that the cross-complaint of defendant Sunnyvale School District on file herein, shall be and is hereby dismissed with prejudice and that each party shall bear its own costs and attorney's fees herein.

IT IS SO STIPULATED.

DATED:

ADVOCACY CENTER FOR
EMPLOYMENT LAW

By _____
STEPHEN PAUL COHN
Attorney for Plaintiff

DATED: 8-2-11

DAVIS & YOUNG, APLC

By _____
MARK E. DAVIS
Attorneys for Defendant and Cross-Complainant Sunnyvale School Dist.

## ORDER

Having reviewed the above stipulation:

IT IS HEREBY ORDERED that the within action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: August 2, 2011

_____
[XXXXXXXXXXXXXXXXXXXXXXXXXXXXX]
UNITED STATES MAGISTRATE JUDGE